United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

     *Plaintiff,*

v.                                   **NO. 3:17-cv-965-J-PDB**

**PARVEZ MANZOOR KHAN,**
**A/K/A MOHAMMED AKHTAR,**
**A/K/A JAWEED KHAN,**

     *Defendant.*

---

## Order

The Court will hear closing arguments on **July 30, 2019, at 1:00 p.m.,** at the Bryan Simpson United States Courthouse, Courtroom 5B, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida, 32202. Anyone may appear in person or by telephone (**not a cellular telephone**) by calling 1 (888) 684-8852 at least five minutes before the proceeding. The access code is 1103539; the security code is 0002.

**Ordered** in Jacksonville, Florida, on June 14, 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:     Counsel of record