United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

    *Plaintiff,*

v.                                                                                         No. 3:17-cv-965-J-PDB

**PARVEZ MANZOOR KHAN,**
A/K/A **MOHAMMED AKHTAR,**
A/K/A **JAWEED KHAN,**

    *Defendant.*

## Order

Having received a request by a member of the press, the Court waives the requirements of Administrative Order regarding Photography, Broadcasting, Television and Recording Equipment, Case No.3:13-mc-38, for the limited purpose of allowing any member of the press to enter the courthouse with a laptop computer, tablet, or cellular phone to attend closing arguments on July 30, 2019, in Courtroom 5B. Any member of the press entering the courthouse with a laptop, tablet, or cellular phone must present Court Security Officers with media credentials and a copy of this order. Live transmission of any kind from the courtroom while Court is in session is prohibited. The prohibition includes, but is not limited to, texting, emailing, tweeting, blogging, and messaging or posting via social media. In addition, no audio or video recording is allowed in the courthouse at any time.

**Ordered** in Jacksonville, Florida, on July 30. 2019.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:      U.S. Marshal Service
        Court Security Officer Division Mgr.
        Division Manager