United States District Court
Middle District of Florida
Jacksonville Division

**UNITED STATES OF AMERICA**

*Plaintiff,*

v.                                                                                      No. 3:17-cv-965-J-PDB

**PARVEZ MANZOOR KHAN,**
**A/K/A MOHAMMAD AKHTAR,**
**A/K/A JAWEED KHAN,**

*Defendant.*

---

# Order and Judgment

In accordance with the findings of fact and conclusions of law separately entered on April 3, 2020, the Court **orders and adjudges:**

1. Judgment is entered for the United States of America and against Parvez Manzoor Khan.

2. The Court finds and declares Khan procured his United States citizenship illegally and by concealment of a material fact or willful misrepresentation.

3. The Court revokes and sets aside the order admitting Khan to United States citizenship and cancels Certificate of Naturalization No. 29940612, effective as of the original date of the order and certificate, July 3, 2006.

4. Khan is restrained and enjoined from claiming any rights, privileges, benefits, or advantages of United States citizenship.

5. By **April 17, 2020**, Khan must surrender and deliver by overnight express courier his Certificate of Naturalization No. 29940612, any United States passport issued to him, and any other indicia of United States citizenship (e.g., voter registration cards), including any copy in his possession and control, to the Attorney General or his representative, including the government's counsel, Aaron Petty.

6. Khan must immediately make good faith efforts to recover and then surrender under paragraph 5 any copies of the items described in paragraph 5 he knows or has reason to believe are in the possession of others.

7. The parties must appear for a hearing before the undersigned on **June 30, 2020, at 10:00 a.m.** at the Bryan Simpson United States Courthouse, 300 North Hogan Street, Courtroom 5B, Jacksonville, Florida, at which Khan must demonstrate he has complied with this order and judgment, unless the United States provides notice he has complied and this order and judgment is satisfied.*

8. The clerk is directed to close the file.

   **Ordered** in Jacksonville, Florida, on April 3, 2020.

   PATRICIA D. BARKSDALE
   *United States Magistrate Judge*

c:   Counsel of record

---

*The hearing date is later than the government's requested date due to the national emergency and related travel restrictions. *See In re Coronavirus Public Emergency*, No. 3:20-mc-5-J-32 (M.D. Fla. Mar. 20, 2020).